ACCEPTED
01-15-00411-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 1:41:35 PM
CHRISTOPHER PRINE
CLERK

### No.  01-15-00411-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

————————◆————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/1/2015 1:41:35 PM

CHRISTOPHER A. PRINE
Clerk

### No. 2020596
In County Criminal Court at Law Number 15
Of Harris County, Texas

————————◆————————

## EX PARTE JULIO LEBRON
*Applicant*

————————◆————————

## STATE'S APPELLATE BRIEF

————————◆————————

**DEVON ANDERSON**
District Attorney
Harris County, Texas

**DAN  MCCRORY**
Assistant District Attorney
Harris County, Texas
mccrory_daniel@dao.hctx.net

**ERICA ROBINSON**
**MEREDITH PIERCE**
Assistant District Attorneys
Harris County, Texas

1201 Franklin, Suite 600
Houston, Texas  77002
Tel.:  713/755-5826
FAX No.:  713/755-5809

*Counsel for Appellee*

ORAL ARGUMENT WAIVED

# STATEMENT REGARDING ORAL ARGUMENT

Pursuant to TEX. R. APP. P. 39.7, the State waives oral argument since the issue in this appeal is well settled.

# TABLE OF CONTENTS

STATEMENT REGARDING ORAL ARGUMENT ............................................................. i

INDEX OF AUTHORITIES ....................................................................................... iii

STATEMENT OF THE CASE ..................................................................................... 1

SUMMARY OF THE ARGUMENT .............................................................................. 1

REPLY TO POINT OF ERROR ONE............................................................................ 2

CONCLUSION .......................................................................................................... 3

CERTIFICATE OF SERVICE....................................................................................... 4

CERTIFICATE OF COMPLIANCE ............................................................................... 4

APPENDIX ............................................................................................................... 5

# INDEX OF AUTHORITIES

**CASES**

*Guerrero v. State*,
   99 S.W.3d 852 (Tex. App.--Houston [14th Dist.] 2003, no pet.)....................................2

*Perez v. State*,
   261 S.W.3d 760 (Tex. App.--Houston [14th Dist.] 2008, pet. ref'd).............................2

**RULES**

TEX. R. APP. P. 39.7...........................................................................................................i

**TO THE HONORABLE COURT OF APPEALS:**

## STATEMENT OF THE CASE

On October 28, 2014, applicant was charged by information with the offense of assault of a family member in cause number 1991544. (CR 31). In December of 2014, the State filed a motion for a "magistrate's order for emergency protection." (CR 32). The trial court granted this pretrial motion and placed various restrictions on applicant for the safety of his victim. (CR 33). On March 6, 2015, the trial court revoked applicant's bond and denied him a new bond after applicant violated the terms of the emergency protection order by contacting the victim's family. (CR 5, 35).

On April 15, 2015, applicant filed a pretrial application for writ of habeas corpus in which he asked for the reinstatement of his bond. (CR 5). This writ was assigned a cause number of 2020596. (CR 5). The trial court denied applicant's pretrial application for writ of habeas corpus. (CR 10).

## SUMMARY OF THE ARGUMENT

Since applicant's case was dismissed and he is no longer in custody, any issue relating to the denial of a pretrial bond is moot.

## REPLY TO POINT OF ERROR ONE

In his sole point of error, applicant contends the trial court erred in denying his request for a pretrial bond because the State failed to prove that he was not entitled to a bond under the applicable constitutional and statutory provisions.

This Court need not reach the applicant's substantive argument because his case (cause number 1991544) was dismissed on May 28, 2015, and he is no longer in custody.[1] Complaints about pretrial bond are rendered moot when the defendant is no longer in custody. *Perez v. State*, 261 S.W.3d 760, 765 (Tex. App.--Houston [14th Dist.] 2008, pet. ref'd); *Guerrero v. State*, 99 S.W.3d 852, 853 (Tex. App.--Houston [14th Dist.] 2003, no pet.). Since applicant is no longer in custody, his appeal should be dismissed as moot. *Id*.

---

[1] For the Court's convenience, the dismissal form is attached to this brief as an appendix. The State will ask the Harris County District Clerk's Office to provide this Court with a supplemental clerk's record containing this document.

## CONCLUSION

It is respectfully submitted that the appeal should be dismissed as moot.

**DEVON ANDERSON**
District Attorney
Harris County, Texas

/s/ Dan McCrory
**DAN McCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 13489950
mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been sent to the

following email address via TexFile:

Jonathan D. Landers
Attorney at Law
Jlanders.law@gmail.com

/s/ Dan McCrory
**DAN McCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 13489950

## CERTIFICATE OF COMPLIANCE

The undersigned attorney certifies that this computer-generated document has a word count of 309 words, based upon the representation provided by the word processing program that was used to create the document.

/s/ Dan McCrory
**DAN McCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 13489950

Date: 6/1/2015

**APPENDIX**

OFFENSE: __ASH FM__                                    CAUSE NO. __1991544__                    OD

THE STATE OF TEXAS                          IN THE _____ DISTRICT COURT
                                            IN COUNTY CRIMINAL COURT AT LAW NO. __15__
VS.                                                         OF
__Julio Lebron__                            HARRIS COUNTY, TEXAS

                        **MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES the State of Texas, by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- ❑ The Defendant was convicted in another case.
- ❑ In custody elsewhere.
- ❑ Old case, no arrest.
- ❑ Missing witness.
- ❑ Request of complaining witness.
- ❑ Motion to suppress granted.
- ❑ Co-Defendant tried, this Defendant testify.
- ❑ Insufficient evidence.
- ❑ Co-Defendant convicted, insufficient evidence this Defendant.
- ❑ Case refiled as cause no. _____
- ☒ Other.

**F I L E D**
Chris Daniel
District Clerk
MAY 2 8 2015
Time:_____
Harris County, Texas
By_____
Deputy

EXPLANATION:

    see state's file

    WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_____
Assistant District Attorney
Harris County, Texas

**ORDER**

    The foregoing motion having been presented to me on this the __28__ day of _____ A.D. 20__15__ and the same having been considered, it is, therefore, ORDERED, ADJUDGED, and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

_____
JUDGE
_____ DISTRICT COURT
COUNTY CRIMINAL COURT AT LAW NO. __15__
HARRIS COUNTY, TEXAS

**White-Original**          Yellow-Defendant's Copy          Pink-State's Copy

11-147-(06/03)

Certified Document Number: 6586627 - Page 1 of 1

6



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 1, 2015

Certified Document Number:          65586627 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com